UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Troy Kelvin Cromartie**  Docket No. 7:15-CR-62-1H

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Troy Kelvin Cromartie, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), Felon in Possession of a Firearm, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 9, 2016, to the custody of the Bureau of Prisons for a term of 32 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Troy Kelvin Cromartie was released from custody on September 26, 2017, at which time the term of supervised release commenced.

As a result of the defendant testing positive for marijuana and cocaine on December 22, 2017, a violation report was forwarded to the court. On January 11, 2018, the court agreed to continue the defendant on supervision.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 30, 2018, the defendant admitted to using cocaine on a previous date. The defendant has expressed remorse for his actions, and has admitted he is struggling with his addiction. He wishes to become sober once again, and has requested assistance in doing so. As a result, the probation office has been working with his treatment provider to address the defendant's addiction. As it relates to the violations, it is the recommendation of this officer that the defendant be placed on 30 days curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Troy Kelvin Cromartie
Docket No. 7:15-CR-62-1H
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: February 1, 2018

**ORDER OF THE COURT**

Considered and ordered this 5th day of February 2018, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge